UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKET PLACE NORTH
CONDOMINIUM ASSOCIATION,

          Plaintiff,

  v.

AFFILIATED FM INSURANCE
COMPANY,

          Defendant.

C17-625 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for a stay, docket no. 11, is DENIED, but the following deadlines are EXTENDED to enable the parties to conduct an investigation of the property damage at issue, to complete the insurance coverage determination process, and to engage in efforts to resolve the matter via mediation:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | December 1, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | December 15, 2017 |
| Combined Joint Status Report and Discovery Plan | December 15, 2017 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1