UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARKET PLACE NORTH
CONDOMINIUM ASSOCIATION,

    Plaintiff,

v.

AFFILIATED FM INSURANCE
COMPANY,

    Defendant.

C17-625 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 13, is GRANTED, and the following deadlines are EXTENDED:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | January 8, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | January 22, 2018 |
| Combined Joint Status Report and Discovery Plan | January 22, 2018 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1