UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKET PLACE NORTH CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | C17-625 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 16, is GRANTED, and plaintiff is GRANTED leave to file an amended complaint. Plaintiff shall electronically file its amended complaint within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1