UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKET PLACE NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | Case No. C17-625RSM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant's May 18, 2018, Motion for Reconsideration. Dkt. #45. Plaintiff has filed a Response, Dkt. #50, at the Court's direction. *See* LCR 7(h)(3).

Defendant argues the Court made two factual misstatements in its May 7, 2018, Order granting in part Plaintiff's Motion for Partial Summary Judgment, Dkt. #37. Specifically, Defendant states:

> As part of the "Background" section of the Court's Order, the Court included the following: "The intrusive investigation was scheduled to begin in May of 2017, and AFM eventually agreed to participate **and pay half of the associated costs**, estimated to be around $150,000. *See* Dkt. #20-6. . . . In June, around the time the investigation was ending, **AFM advised that it had changed its**

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1

**position and was now unwilling to pay any of the costs associated with the investigation**." *See* Dkt. #20-6. AFM respectfully brings this Motion for Reconsideration solely to ask the Court to correct the record as to the statements highlighted above, which the document at Dkt. #20-6 does ***not*** support and which were controverted by other evidence that AFM submitted with its Response to MPN's Motion for Summary Judgment.

Dkt. #45 at 2 (emphasis in original) (reformatted for clarity). Defendant cites to significant factual evidence to support its position. *See id.*

In Response, Plaintiff does not challenge Defendant's presentation of facts or citations to the record. Instead, Plaintiff argues that the Court's statements in the prior Order were not findings of fact, and "all of that is still to be adjudicated at a later date because nothing in the Court's May 7 Order disposed of those issues." Dkt. #50 at 1–2.

"Motions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

The Court appreciates Defendant's desire to set the factual record straight. However, the Court's factual statements in the "Background" section of its May 7 Order were not material to its decision to deny summary judgment as to Plaintiff's claims. *See* Dkt. #37. These facts were not material to the Court's finding that "The Association's 2015-16 AFM all-risk property policy covers both water intrusion damage and mold." *See id.* Accordingly, Defendant's right to raise this issue at a later date is preserved, and this Motion for Reconsideration is properly denied as moot.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant's Motion for Reconsideration, Dkt. #45, is DENIED.

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 2

DATED this 30 day of May, 2018.

                    RICARDO S. MARTINEZ
                    CHIEF UNITED STATES DISTRICT JUDGE