UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MARKET PLACE NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | NO.  C17-625 RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

### STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs or attorneys' fees.

DATED this 6th day of September, 2018.

ASHBAUGH BEAL

By s/ Jesse D. Miller
    Jesse D. Miller, WSBA #35837
    jmiller@ashbaughbeal.com
    Zachary O. McIsaac, WSBA #35833
    zmcisaac@ashbaughbeal.com
    Jocelyn J. Whiteley, WSBA #49780
    jwhiteley@ashbaughbeal.com
    Attorneys for Plaintiff

WILSON SMITH COCHRAN DICKERSON

By s/ Maria E. Sotirhos
    Scott M. Stickney, WSBA #14540
    stickney@wscd.com
    Maria E. Sotirhos, WSBA #21726
    sotirhos@wscd.com
    Attorneys for Defendant

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

<u>**ORDER OF DISMISSAL**</u>

This matter came before the Court on the parties' stipulation for dismissal. On the basis of the parties' representations, the Court DISMISSES this action with prejudice and without costs or attorneys' fees.

DATED this 7th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
    Jesse D. Miller, WSBA #35837
    jmiller@ashbaughbeal.com
    Zachary O. McIsaac, WSBA #35833
    zmcisaac@ashbaughbeal.com
    Jocelyn J. Whiteley, WSBA #49780
    jwhiteley@ashbaughbeal.com
    Attorneys for Plaintiff

WILSON SMITH COCHRAN DICKERSON

By s/ Maria E. Sotirhos
    Scott M. Stickney, WSBA #14540
    stickney@wscd.com
    Maria E. Sotirhos, WSBA #21726
    sotirhos@wscd.com
    Attorneys for Defendant

**Ashbaugh Beal**
701 FIFTH AVE, SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400